UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Julio Felix,                                     Civil No. 08-4925 (PAM/RLE)

                     Petitioner,

v.                                                       **ORDER**

Ricardo Rios, Michael Nalley,
and Harley Lappin,

                     Respondents.

This matter is before the Court on the Report and Recommendation ("R&R") of Chief Magistrate Judge Raymond L. Erickson dated August 3, 2009. In the R&R, Chief Magistrate Judge Erickson recommended that Petitioner's Petition for Writ of Habeas Corpus be dismissed. Petitioner has failed to file objections to the R&R in the time period permitted. The Court therefore **ADOPTS** the R&R (Docket No. 11).

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Petition for Writ of Habeas Corpus (Docket No. 1) is **DENIED**; and

2. This matter is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: Wednesday, September 9, 2009

                                             *s/ Paul A. Magnuson*
                                             Paul A. Magnuson
                                             United States District Court Judge